**Lavana BROWN, Appellant,**

v.

**James BROWN, Appellee.**

**No. 12184.**

District of Columbia Court of Appeals.

Feb. 14, 1978.

Before NEWMAN, C. J., and NEBEKER and YEAGLEY, Associate Judges.

David V. Marshall, Community Legal Clinic, Washington, D. C., for appellant.

A. Slater Clarke, Bethesda, Md., for appellee.

### ORDER

PER CURIAM.

In light of the amendment of D.C.Code 1973, § 16–915 as of October 1, 1976, by the Anti-Sex Discrimination Act (D.C.Law 1–87), it is

ORDERED, *sua sponte*, that the opinion entered herein on November 21, 1977, is hereby vacated but the judgment shall remain in full force and effect.